IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JILLIAN MARIE SHULER,

    Plaintiff,

    v.

CITY OF CHICO.

    Defendant.

Civ. No. S-08-2396 JAM CMK

O R D E R

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends

1

1 that the above-captioned case be reassigned and referred to the
2 magistrate judge for all further proceedings and entry of final
3 judgment.
4     IT IS HEREBY ORDERED that any hearing dates currently set
5 before the undersigned are VACATED.
6     IT IS FURTHER ORDERED that the Clerk of the Court reassign
7 this case to the Honorable Craig M. Kellison, Magistrate Judge.
8 The parties shall please take note that all documents hereafter
9 filed with the Clerk of the Court shall bear case number Civ.S-
10 08-2396 CMK
11 Dated: December 16, 2008

                                /s/John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge

14     Having also reviewed the file, I accept reference of this
15 case for all further proceedings and entry of final judgment.

18  DATED:   December 24, 2008

                            _____
                            **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE

2