# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JILLIAN MARIE SHULER,    No. CIV S-08-2396-CMK

    Plaintiff,

  vs.    <u>ORDER</u>

CITY OF CHICO,

    Defendant.

_____/

    Plaintiff, proceeding with counsel, brings this civil rights action pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983. This case is now before the undersigned for all purposes pursuant to the parties' consent.

    Prior to the parties filing consent to proceed before a magistrate judge, an initial status (pretrial scheduling) order was filed on December 15, 2008. Upon the filing of the consent forms, the hearing dates set in that prior order were vacated. The parties then filed an amended status report, and a status conference was held on March 19, 2009, at 10:00 a.m. before the undersigned. Larry Baumbach appeared as counsel for the plaintiff. Laurence Angelo appeared telephonically as counsel for the defendant.

    Upon consideration of the parties' joint status report, discussion with the parties, and good cause appearing therefor, the court will re-set the schedule for this case as set forth below. In all other aspects, the court confirms the status (pretrial scheduling) order previously

filed (Doc. 11).

Accordingly, IT IS HEREBY ORDERED that:

1. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be exchanged no later than April 6, 2009;

2. The parties shall exchange supplemental initial disclosures no later than July 6, 2009;

3. The parties shall exchange lists of expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) no later than September 14, 2009. Any supplemental expert disclosures shall be exchanged no later than September 28, 2009.

4. Pursuant to the parties' agreement, the expert witnesses' written reports shall be submitted no later than five days preceding the deposition of the expert in question;

5. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by November 9, 2009;

6. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by January 11, 2010;

7. The pre-trial conference is set for February 18, 2010 at 2:00 p.m. before the undersigned in Redding, California; and

8. Jury trial of this matter is set for March 15, 2010 at 9:00 a.m. in the United States District Court for the Eastern District of California, Sacramento Courthouse, courtroom 3, 15th floor, before the undersigned.

DATED: March 25, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE