1 | LAURENCE L. ANGELO, ESQ., SB No. 034528          (SPACE BELOW FOR FILING STAMP ONLY)
2 | CARRIE A. FREDERICKSON, SB NO. 245199
**ANGELO, KILDAY & KILDUFF**
3 | Attorneys at Law
601 University Avenue, Suite 150
4 | Sacramento, CA  95825
Telephone:  (916) 564-6100
5 | Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF CHICO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JILLIAN MARIE SHULER | ) Case No.: 2:08 -CV-02396-JAM-CMK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **RELEASE OF RECORDS** |
| CITY OF CHICO; DOES 1 through 50, Inclusive, | ) |
| Defendants. | ) |

Defendants CITY OF CHICO and Plaintiff JILLIAN MARIE SHULER, by and through their attorneys of record herein, herby stipulate and agree as follows:

1. That Defendants  may and will release Plaintiff's criminal records to Plaintiff for review and said records may be used in discovery herein;

2. Defendant City of Chico reserves the right to offer in evidence said records or any part thereof; and

///

///

///

- 1 -

STIPULATION AND ORDER FOR RELEASE OF RECORDS

3. Plaintiff reserves the right to object to the introduction of said records or any part thereof in evidence during the course of trial herein.

Dated:  June 15, 2009                   ANGELO, KILDAY & KILDUFF

                                                  /s/Laurence L. Angelo

                                  By:_____
                                      LAURENCE L. ANGELO
                                      Attorneys for Defendant
                                      CITY OF CHICO

Dated:  June 16, 2009                   LAW OFFICES OF LARRY L. BAUMBACH

                                                  /s/Larry L. Baumbach

                                  By:_____
                                      LARRY L. BAUMBACH
                                      Attorney for Plaintiff
                                      JILLIAN MARIE SHULER

                               **SO ORDERED**

Dated: 06/24/2009

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

- 2 -

STIPULATION AND ORDER FOR RELEASE OF RECORDS